**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| In re:<br><br>HORNBLOWER HOLDINGS LLC, *et al.*,[1]<br><br>Debtors.<br><br>THERESA VANBUREN, MONICA MILLER, CAPTAIN BERTRAND M. SUAREZ, and CAPTAIN JOHN COOK on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br>American Queen Steamboat Operating Company, LLC, et al.,<br>Defendants. | Chapter 11<br><br>Case No. 24-90061 (MI)<br><br>Adversary Proceeding No. 24-03029 |

### AFFIDAVIT OF SERVICE

I, Randy Lowry, am employed in the county of Los Angeles, State of California. I hereby certify that on December 5, 2024, at my direction and under my supervision, employees of Omni caused true and correct copies of the following document to be served (i) via the method set forth on the Master Service List attached hereto as **Exhibit A** and (ii) via the method set forth on the Service List attached hereto as **Exhibit B**

- **Joint Motion and Memorandum of Law in Support Thereof Pursuant to 11 U.S.C. § 105 and Fed. R. Bankr. P. 7023 and 9019 to (I) Approve a Settlement Pursuant to Fed. R. Bankr. P. 9019, (II) Preliminarily Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023, (III) Approve the Form and Manner of Settlement Notice to Class Members, (IV) Schedule a Fairness Hearing to Consider Final Approval of the Settlement, (V) Finally Approve the Settlement Pursuant to Fed. R. Bankr. P. 7023 After the Fairness Hearing, and (VI) Grant Related Relief [Docket No. 88]**

---

[1] The last four digits of Hornblower Holdings LLC's tax identification number are 6035. Due to the large number of affiliated Hornblower entities in these chapter 11 cases and appeals, a complete list of the affiliated Hornblower entities and the last four digits of their federal tax identification numbers is not provided. Such list may be obtained on the website of Hornblower's claims and noticing agent at https://omniagentsolutions.com/Hornblower.

Dated: December 13, 2024

_____
Randy Lowry
Omni Agent Solutions, Inc.
5955 De Soto Avenue, Suite 100
Woodland Hills, CA 91367
818-906-8300

{State of California     }
{                        } ss.
{County of Los Angeles   }

Subscribed and sworn to (or affirmed) before me on this 13th day of December, 2024, by Randy Lowry, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Notary Public

DARLEEN SAHAGUN
Notary Public - California
Los Angeles County
Commission # 2396737
My Comm. Expires Mar 11, 2026

# **EXHIBIT A**

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Counsel for RBC | Aimee Newman | | anewman@harrisonpensa.com | Email |
| Regulatory Authority | Alabama Dot | P.O. Box 303050<br>Montgomery, AL 36130 | | First Class Mail |
| 30 Largest | American Express | Attn: Steve Squeri, CEO<br>200 Vesey St<br>New York, NY 10285 | stephen.squeri@aexp.com | Email |
| *Committee of Unsecured Creditors | Angela Composto | C/O Stuart J. Miller<br>100 Church St, 8th Fl<br>New York, NY 10007 | Email Address Redacted<br>stuart@lankmill.com | Email |
| *NOA - Counsel for GLAS Trust Company LLC | ArentFox Schiff LLP | Attn: Brett D. Goodman | Brett.Goodman@afslaw.com | Email |
| *NOA - Counsel for GLAS Trust Company LLC | ArentFox Schiff LLP | Attn: Jeffrey Gleit/Brett Goodman<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 | Jeffrey.Gleit@afslaw.com | Email |
| *NOA - Counsel for GLAS Trust Company LLC | ArentFox Schiff LLP | Attn: Matthew R. Bentley<br>233 S Wacker Dr, Ste 7100<br>Chicago, IL 60606 | Matthew.Bentley@afslaw.com | Email |
| Counsel to DIP Agent | Arentfox Schiff, LLP | Attn: Annie Mose, Matthew R Bentley<br>Attn: Jeffrey R Gleit, Brett D Goodman, Jonathan P Bagg<br>1301 Ave of the Americas, 42nd Fl<br>New York, NY 10019 | annie.mose@afslaw.com;<br>matthew.bentley@afslaw.com;<br>jeffrey.gleit@afslaw.com;<br>brett.goodman@afslaw.com;<br>jonathan.bagg@afslaw.com | Email |
| *NOA - Counsel for Fassmer Service America LLC d/b/a Fassmer Technical Projects | Bast Amron LLP | Attn: Dana Quick<br>One Southeast 3rd Ave, Ste 2410<br>Miami, FL 33131 | dquick@bastamron.com | Email |
| 30 Largest | Bay Ship & Yacht Co | Attn: Joel Welter, CEO<br>2900 Main St, Ste 2100<br>Alameda, CA 94501 | | First Class Mail |
| 30 Largest | Blanchard Machinery Co | Attn: Dalys Johnson, CFO<br>3151 Charleston Hwy<br>W Columbia, SC 29172 | djohnson@blanchardmachinery.com | Email |
| 30 Largest | BNA Marine Services | Attn: Jacob Breaux, CEO<br>1022 Jackson Rd<br>Amelia, LA 70340 | jake.breaux@bnamarine.com | Email |
| *NOA - Counsel for Broward County | Broward County Attorney | Attn: Andrew Meyers/Scott Andron<br>Governmental Ctr, Ste 423<br>115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | | First Class Mail |
| *NOA - Counsel for Broward County | Broward County Attorney | Attn: Andrew Meyers/Scott Andron<br>Governmental Ctr, Ste 423<br>115 S Andrews Ave<br>Fort Lauderdale, FL 33301 | sandron@broward.org | Email |
| *NOA - Counsel for Marissa Wills | Buck Keenan LLP | Attn: Robert Paddock<br>2229 San Felipe, Ste 1000<br>Houston, TX 77019 | rpaddock@buckkeenan.com | Email |
| Counsel to UBS AG, Stamford Branch | Cahill Gordon & Reindel LLP | 32 Old Slip<br>New York, NY 10005 | | First Class Mail |
| Counsel to UBS AG, Stamford Branch | Cahill Gordon & Reindel LLP | Attn: Jonathan J Frankel/Javier Ortiz<br>Attn: Richard A Stieglitz Jr<br>32 Old Slip<br>New York, NY 10005 | jjfrankel@cahill.com<br>rstieglitz@cahill.com<br>jortiz@cahill.com | Email |
| *NOA - Counsel for Stacy Evans | Cain & Skarnulis PLLC | Attn: Ryan Chapple<br>303 Colorado St, Ste 2850<br>Austin, TX 78701 | rchapple@cstrial.com | Email |
| Regulatory Authority | California Coastal Commission | 45 Fremont St, Ste 2000<br>San Francisco, CA 94105-2219 | | First Class Mail |
| Regulatory Authority | California Travel & Tourism Commission | 555 Capitol Mall, Ste 465<br>Sacramento, CA 95814 | | First Class Mail |
| *NOA - Counsel for Working Solutions Law Firm and the class claimants | Chamberlain, Hrdlicka, White, Williams & Aughtry, P.C. | Attn: Tara LeDay<br>1200 Smith St, Ste 1400<br>Houston, TX 77002 | tara.leday@chamberlainlaw.com | Email |
| *NOA - Counsel for Arch Insurance Company and Arch Insurance Solutions, Inc. | Chiesa Shahinian & Giantomasi PC | Attn: Scott A. Zuber, Esq.<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 | szuber@csglaw.com | Email |
| *NOA - Counsel for Arch Insurance Company and Arch Insurance Solutions, Inc. | Chiesa Shahinian & Giantomasi PC | Attn: Brian Kantar, Esq.<br>105 Eisenhower Pkwy<br>Roseland, NJ 07068 | bkantar@csglaw.com | Email |
| 30 Largest | Clyve Shaw & Kenardro Press | Attn: Brandon M Sweeney, Christopher Q Davis, Counsels<br>c/o Working Solutions<br>80 Broad St, Ste 703<br>New York, NY 10004 | bsweeney@workingsolutionsnyc.com;<br>cdavis@workingsolutionsnyc.com | Email |
| 30 Largest | Cruise Line Agencies of Alaska Se, Inc | Attn: Drew Green, Port Manager<br>55 Schoenbar Ct, Ste 101<br>Ketchikan, AK 99901 | andrewg@claalaska.com | Email |
| *NOA - Counsel to Crestview Advisors, L.L.C. | Davis Polk & Wardwell LLP | Attn: Brian M. Resnick<br>Attn: Adam L. Shpeen<br>Attn: David Kratzer<br>450 Lexington Ave<br>New York, NY 10017 | brian.resnick@davispolk.com<br>adam.shpeen@davispolk.com<br>david.kratzer@davispolk.com | Email |
| Regulatory Authority | Dept of Consumer Affairs | 600 Pennsylvania Ave NW<br>Washington, DC 20580 | | First Class Mail |
| Regulatory Authority | Dept of Fish & Wildlife | 1850 C St NW<br>Washington, DC 20240 | | First Class Mail |
| Regulatory Authority | Dept of Homeland Security | 245 Murray Ln SW<br>Washington, DC 20528-0075 | | First Class Mail |

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Regulatory Authority | Dept of Labor & Industries | P.O. Box 34974<br>Seattle, WA 98124-1974 | | First Class Mail |
| Regulatory Authority | Dept of Motor Vehicles | 2415 1st Ave<br>Mail Stn M 186<br>Sacramento, CA 95818 | | First Class Mail |
| Regulatory Authority | Dept of Parks & Recreation | Attn: For-Hire Ins Verification Certificate Program<br>P.O. Box 942896<br>Sacramento, CA 94296-0001 | | First Class Mail |
| Regulatory Authority | Division of Boating & Waterways | P.O. Box 942896<br>Sacramento, CA 94296 | | First Class Mail |
| *NOA - Counsel to Deana Nazario | Doyle Dennis LLP | Attn: Michael Patrick Doyle<br>Attn: Patrick Dennis<br>Attn: Jeffrey Avery<br>3401 Allen Pkwy, Ste 100<br>Houston, TX 77019 | service@doylelawfirm.com | Email |
| 30 Largest | Easton Coach Co | Attn: Joe Scott, CEO<br>1200 Conroy Pl<br>Easton, PA 18040 | jscott@eastoncoach.com | Email |
| *Committee of Unsecured Creditors | Easton Coach Company | Attn: Joe Scott<br>310 W Johnson Hwy, Ste 104<br>Norristown, PA 19401 | jscott@eastoncoach.com | Email |
| 30 Largest | Elevation Africa Destinations | Attn: Faith Musekiwa, Owner<br>29 Pine Rd, Ste 37<br>Gauteng<br>Johannesburg, 2055<br>South Africa | RES1@EADESTINATIONS.COM | Email |
| Regulatory Authority | FDA | 10903 New Hampshire Ave<br>Silver Spring, MD 20993 | | First Class Mail |
| Regulatory Authority | Federal Communications Commission | 45 L St NE<br>Washington, DC 20554 | | First Class Mail |
| *NOA - Counsel to the WARN Act Class Members and Seaman Subclass Members represented by Plaintiffs Bertrand M. Suarez and John Cook | Fishman Haygood, L.L.P. | Attn: Brent B. Barriere<br>Attn: Jason W. Burge<br>Attn: Cherie D. Nobles<br>Attn: Julie S. Meaders<br>201 St. Charles Ave, Ste 4600<br>New Orleans, LA 70170 | bbarriere@fishmanhaygood.com<br>jburge@fishmanhaygood.com<br>cnobles@fishmanhaygood.com<br>jmeaders@fishmanhaygood.com | Email |
| *Committee of Unsecured Creditors | FMC GlobalSat Inc. | Attn: Emmanuel Cotrel<br>1200 E. Las Olas Blvd., 3rd Fl<br>Fort Lauderdale, FL 33301 | ecotrel@fmcglobalsat.com | Email |
| 30 Largest | FMC Globalsat, Inc | Attn: Emmanuel Cotrel, CEO<br>1200 E Las Olas Blvd, Ste 302<br>Ft Lauderdale, FL 33315 | ecotrel@fmcglobalsat.com | Email |
| *NOA - Attorneys For Easton Coach Company | Foley & Lardner LLP | Attn: John P. Melko<br>Attn: Quynh-Nhu Truong<br>1000 Louisiana, Ste 2000<br>Houston, TX 77002 | jmelko@foley.com<br>qtruong@foley.com | Email |
| 30 Largest | Gurucul Solutions, LLC | Attn:Saryu Nayyar, CEO<br>222 N Pacific Coast Hwy, Ste 1310<br>El Segundo, CA 90245 | SARYU@GURUCUL.COM | Email |
| 30 Largest | Harbor Fuels | Attn: Melanie Wheeler, Manager<br>256 Marginal St<br>Boston, MA 02128 | mwheeler@harborfuels.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Haynes and Boone LLP | Attn: Charles A. Beckham, Jr. | charles.beckham@haynesboone.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Haynes and Boone LLP | Attn: Patrick Hughes/Charles Beckham, Jr<br>Attn: Re'Necia Sherald<br>1221 McKinney St, Ste 4000<br>Houston, TX 77010 | patrick.hughes@haynesboone.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Haynes and Boone LLP | Attn: Re'Necia Sherald | renecia.sherald@haynesboone.com | Email |
| Regulatory Authority | Hm Coastguard UK | Spring Pl<br>105 Commercial Rd<br>Southhampton, SO15 1EG<br>United Kingdom | | First Class Mail |
| *NOA - Counsel to Ifim Rafailov | Hofmann & Schweitzer | Attn: Timothy Schweitzer<br>212 W 35th St, 12th Fl<br>New York, NY 10001 | timothyschweitzer@hofmannlawfirm.com | Email |
| *NOA - Counsel to Jeffrey Terralavoro | Hofmann & Schweitzer | Attn: Dario Anthony Chinigo<br>212 W 35th St, 12th Fl<br>New York, NY 10001 | dariochinigo@hofmannlawfirm.com | Email |
| 30 Largest | Intercruises Shoreside & Port Services Canada | Attn: Olga Piqueras, Managing Director<br>Carrer De La Diputació, 238<br>Catalonia<br>Barcelona, 08007<br>Spain | o.piqueras@intercruises.com | Email |
| Governmental Authority | Internal Revenue Service | Attn: Centralized Insolvency Operation<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | First Class Mail |
| *NOA - Customer Representative" for American Queen Steamboat Operating Company, LLC & Victory Operating Company, LLC | Janet S. Northrup | 1201 Louisiana, 28th Fl<br>Houston, TX 77002 | jnorthrup@hwa.com | Email |
| Counsel for RBC | Jason DiFruscia | | jdifruscia@harrisonpensa.com | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| *NOA - Counsel for Hilton Management, LLC | K&L Gates LLP | Attn: Caitlin Conklin<br>1 Newark Ctr, 10th Fl<br>1085 Raymond Blvd<br>Newark, NJ 07102 | Caitlin.Conklin@klgates.com | Email |
| *NOA - Counsel for Hilton Management, LLC | K&L Gates LLP | Attn: David S Catuogno<br>1 Newark Ctr, 10th Fl<br>1085 Raymond Blvd<br>Newark, NJ 07102 | David.catuogno@klgates.com | Email |
| *NOA - Counsel to Ecolab Inc. | Kohner, Mann & Kailas, S.C. | Attn: Samuel C. Wisotzkey<br>Washington Bldg, Barnabas Business Ctr<br>4650 N Port Washington Rd<br>Milwaukee, WI 53212-1059 | | First Class Mail |
| *NOA - Counsel for Netrality Properties, LP | Kurtzman Steady, LLC | Attn: Jeffrey Kurtzman<br>101 N Washington Ave, Ste 4A<br>Margate, NJ 08402 | kurtzman@kurtzmansteady.com | Email |
| *NOA - Counsel for Delmas McCullock | Landwehr Law Firm, LLC | Attn: Darryl T. Landwehr<br>650 Poydras St, Ste 2519<br>New Orleans, LA 70130 | dtlandwehr@att.net | Email |
| *NOA - Counsel to FRS | Lowenstein Sandler LLP | Attn: Michael Etkin<br>1 Lowenstein Dr<br>Roseland, NJ 07068 | metkin@lowenstein.com | Email |
| *NOA - Counsel to FRS | Lowenstein Sandler LLP | Attn: Lindsay Sklar<br>1251 Ave of the Americas, 17th Fl<br>New York, NY 10020 | lsklar@lowenstein.com | Email |
| *NOA - Counsel Hornbeck Offshore Services, Inc. | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Attn: Joseph Briggett/Hannah Quicksell<br>601 Poydras St, Fl 27<br>New Orleans, LA 70130 | jbriggett@lawla.com<br>hquicksell@lawla.com | Email |
| *NOA - Counsel for SeaTran Marine, LLC; Lady Madi, LLC; Mr. Row, LLC; and Lady Brandi, LLC | Lugenbuhl, Wheaton, Peck, Rankin & Hubbard | Attn: Benjamin Kadden/Stewart Peck<br>Attn: Coleman Torrans<br>601 Poydras St, 27th Fl<br>New Orleans, LA 70130 | bkadden@lawla.com<br>speck@lawla.com<br>ctorrans@lawla.com | Email |
| *NOA - Counsel for Argonaut Insurance Company | Manier & Herod, P.C. | Attn: Michael Collins/Scott Williams<br>Attn: S. Marc Buchman<br>1201 Demonbreun St, Ste 900<br>Nashville, TN 37203 | mcollins@manierherod.com<br>swilliams@manierherod.com<br>mbuchman@manierherod.com<br>cburu@manierherod.com | Email |
| 30 Largest | Marine & Industrial Solutions | Attn: Dan Macri, CEO<br>5759 Nw Zenith Dr<br>Pt St Lucie, FL 34986-3529 | dan@marineindustrialsolutions.com | Email |
| Regulatory Authority | Maritime Administration (Marad) | 1200 New Jersey Ave<br>Washington, DC 20590 | | First Class Mail |
| Regulatory Authority | Mass Bay Transit Authority | 35 Braintree Hill Park, Ste 302<br>Braintree, MA 02184 | | First Class Mail |
| 30 Largest | McKinsey & Co, Inc | 3 World Trade Ctr<br>175 Greenwich St<br>New York, NY 10007 | | First Class Mail |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Milbank LLP | Attn: Andrew M. Leblanc<br>1850 K St NW, Ste 1100<br>Washington, DC 20006 | aleblanc@milbank.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Milbank LLP | Attn: Evan R. Fleck/Matthew L. Brod<br>55 Hudson Yards<br>New York, NY 10001 | efleck@milbank.com | Email |
| *NOA - Counsel for the Ad Hoc Group of Lenders | Milbank LLP | Attn: Matthew L. Brod | mbrod@milbank.com | Email |
| Counsel to the Ad Hoc Lender Group | Milbank, LLP | Attn: Evan Fleck, Matthew Broad<br>55 Hudson Yards<br>New York, NY 10001-2163 | efleck@milbank.com; mbrod@milbank.com | Email |
| 30 Largest | Mittera Group | Attn: Jon Troen, CEO<br>1312 Locust St, Ste 202<br>Des Moines, IA 50309 | jon.troen@mittera.com<br>legal@mittera.com<br>jenny.le-martinez@mittera.com | Email |
| *Committee of Unsecured Creditors | Mr. Row, LLC (SeaTran Marine) | Attn: Ryan Landry<br>107 Highway 90 W<br>New Iberia, LA 70560 | ryan@seatranmarine.com | Email |
| *NOA - Counsel for Hartz Mountain Industries, Inc. and 1500 Harbor Boulevard Urban Renewal, LLC | Munsch Hardt Kopf & Harr, P.C. | Attn:John Cornwell/Alexander Perez<br>700 Milam St, Ste 800<br>Houston, TX 77002 | jcornwell@munsch.com<br>arperez@munsch.com | Email |
| Regulatory Authority | New York Economic Development Corp | 1 Liberty Plz<br>New York, NY 10006 | | First Class Mail |
| Regulatory Authority | New York Marine Terminals | 90 Columbia St<br>Brooklyn, NY 11201 | | First Class Mail |
| Regulatory Authority | Niagara Falls Bridge Commission | 5365 Military Rd<br>Lewiston, NY 14092 | | First Class Mail |
| 30 Largest | North River Shipyard | Attn: Ken Graefe, Owner<br>1 Van Houten St<br>Nyack, NY 10960 | SERVICE@NORTHRIVERSHIPYARD.COM | Email |
| Counsel to Alter Domus (US) LLC | Norton Rose Fulbright US LLP | Attn: Stephen Castro, Michael Fingerhut<br>1301 6th Ave<br>New York, NY 10019 | stephen.castro@nortonrosefulbright.com;<br>michael.fingerhut@nortonrosefulbright.com | Email |
| Regulatory Authority | NYC Dept of Transportation | 1 Ferry Terminal Dr<br>Staten Island, NY 10301 | | First Class Mail |
| Regulatory Authority | NYC Dept of Transportation | 55 Water St, 9th Fl<br>New York, NY 10041 | | First Class Mail |
| *NOA - Counsel for Commonwealth of Pennsylvania, Department of Revenue | Office of Attorney General | Attn: Christopher R Momjian<br>1600 Arch St, Ste 300<br>The Phoenix Bldg<br>Philadelphia, PA 19103 | crmomjian@attorneygeneral.gov | Email |

Exhibit A
Master Service List

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Todd Rokita<br>Indiana Govt Ctr S<br>302 W Washington St, 5th Fl<br>Indianapolis, IN 46204 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jason Miyares<br>202 N 9th St<br>Richmond, VA 23219 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Kwame Raoul<br>James R Thompson Ctr<br>100 W Randolph St<br>Chicago, IL 60601 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jeff Landry<br>P.O. Box 94095<br>Baton Rouge, LA 70804-4095 | | First Class Mail |
| Attorney General | Office of the Attorney General | 500 S 2nd St<br>Springfield, IL 62701 | | First Class Mail |
| Attorney General | Office of the Attorney General | Consumer Law Section<br>Attn: Bankruptcy Notices<br>455 Golden Gate Ave, Ste 11000<br>San Francisco, CA 94102-7004 | | First Class Mail |
| Attorney General | Office of the Attorney General | 800 5th Ave, Ste 2000<br>Seattle, WA 98104 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Rob Bonta<br>1300 I St, Ste 1740<br>Sacramento, CA 95814 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Jonathan Skrmetti<br>425 5th Ave N<br>Nashville, TN 37243 | | First Class Mail |
| Attorney General | Office of the Attorney General | California Dept of Justice<br>P.O. Box 944255<br>Sacramento, CA 94244-2550 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Herbert H Slattery, III<br>P.O. Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Letitia A James<br>Dept of Law<br>The Capitol, 2nd Fl<br>Albany, NY 12224 | | First Class Mail |
| Attorney General | Office of the Attorney General | 601 S University Ave<br>Carbondale, IL 62901 | | First Class Mail |
| Attorney General | Office of the Attorney General | Attn: Aaron D Ford<br>Old Supreme Court Bldg<br>100 N Carson St<br>Carson City, NV 89701 | aginfo@ag.nv.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kris Mayes<br>2005 N Central Ave<br>Phoenix, AZ 85004 | AGInfo@azag.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Charity R Clark<br>109 State St<br>Montpelier, VT 05609-1001 | ago.info@vermont.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>10 Mechanic St, Ste 301<br>Worcester, MA 01608 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1441 Main St, 12th Fl<br>Springfield, MA 01103 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>1 Ashburton Pl, 20th Fl<br>Boston, MA 02108-1698 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Andrea Campbell<br>105 William St, 1st Fl<br>New Bedford, MA 02740 | ago@state.ma.us | Email |
| Attorney General | Office of the Attorney General | Attn: Raúl Labrador<br>700 W Jefferson St, Ste 210<br>P.O. Box 83720<br>Boise, ID 83720-1000 | bankruptcy@ag.idaho.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Treg Taylor<br>1031 W 4th Ave, Ste 200<br>Anchorage, AK 99501-1994 | attorney.general@alaska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: William Tong<br>165 Capitol Ave<br>Hartford, CT 06106 | attorney.general@ct.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Kathy Jennings<br>Carvel State Office Bldg<br>820 N French St<br>Wilmington, DE 19801 | attorney.general@delaware.gov | Email |
| Attorney General | Office of the Attorney General | Attn: John Formella<br>33 Capitol St<br>Concord, NH 03301 | attorneygeneral@doj.nh.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Ellen F Rosenblum<br>Justice Bldg<br>1162 Court St NE<br>Salem, OR 97301 | attorneygeneral@doj.state.or.us | Email |
| Attorney General | Office of the Attorney General | Attn: Brenna Bird<br>Hoover State Office Bldg<br>1305 E Walnut<br>Des Moines, IA 50319 | consumer@ag.iowa.gov | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Attorney General | Office of the Attorney General | Attn: Austin Knudsen<br>Justice Bldg, 3rd Fl<br>215 N Sanders<br>Helena, MT 59620-1401 | contactdoj@mt.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anne E Lopez<br>425 Queen St<br>Honolulu, HI 96813 | hawaiiag@hawaii.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Dana Nessel<br>P.O. Box 30212<br>525 W Ottawa St<br>Lansing, MI 48909-0212 | miag@michigan.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Drew Wrigley<br>State Capitol<br>600 E Boulevard Ave<br>Bismarck, ND 58505-0040 | ndag@nd.gov | Email |
| Attorney General | Office of the Attorney General | 345 State Capitol<br>Lincoln, NE 68509 | nedoj@nebraska.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Tim Griffin<br>323 Center St, Ste 200<br>Little Rock, AR 72201-2610 | oag@ArkansasAG.gov | Email |
| Attorney General | Office of the Attorney General | 441 4th St NW, Ste 1100 S<br>Washington, DC 20001 | oag@dc.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Anthony G Brown<br>200 St Paul Pl<br>Baltimore, MD 21202-2202 | oag@oag.state.md.us | Email |
| Attorney General | Office of the Attorney General | Attn: Bob Ferguson<br>1125 Washington St SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100 | serviceATG@atg.wa.gov | Email |
| Attorney General | Office of the Attorney General | Attn: Sean Reyes<br>State Capitol, Rm 236<br>Salt Lake City, UT 84114-0810 | bankruptcy@agutah.gov | Email |
| Governmental Authority | Office of The US Trustee | Attn: Jayson B. Ruff<br>Attn: Christopher Ross Travis | jayson.b.ruff@usdoj.gov<br>C.Ross.Travis@usdoj.gov | Email |
| Governmental Authority | Office of The US Trustee | Attn: Millie Aponte Sall<br>515 Rusk St, Ste 3516<br>Houston, TX 77002 | USTPRegion07.HU.ECF@USDOJ.GOV | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones, LLP | Attn: Michael D. Warner<br>Attn: Benjamin L. Wallen<br>Attn: Theodore S. Heckel<br>700 Louisiana St, Ste 4500<br>Houston, TX 77002 | mwarner@pszjlaw.com bwallen@pszjlaw.com<br>theckel@pszjlaw.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones, LLP | Attn: Jeffrey N. Pomerantz<br>Attn: Cia H. Mackle<br>10100 Santa Monica Blvd., 13th Fl<br>Los Angeles, CA 90067 | jpomerantz@pszjlaw.com<br>cmackle@pszjlaw.com | Email |
| *NOA - Counsel to the Official Committee of Unsecured Creditors | Pachulski Stang Ziehl & Jones, LLP | Attn: Bradford J. Sandler<br>780 3rd Ave, 34th Fl<br>New York, NY 10017 | bsandler@pszjlaw.com | Email |
| Debtors' counsel | Paul, Weiss, Rifkind, Wharton & Garrison LLP | Attn: Paul Basta/Jacob Adlerstein<br>Attn: Kyle J Kimpler/Sarah Harnett<br>Attn: Neda Davanipour<br>1285 Ave of the Americas<br>New York, NY 10019 | pbasta@paulweiss.com<br>jadlerstein@paulweiss.com<br>kkimpler@paulweiss.com<br>ndavanipour@paulweiss.com<br>sharnett@paulweiss.com | Email |
| 30 Largest | Peabody Memphis | Attn: Marty Belz, Owner<br>5118 Park Ave, Ste 245<br>Memphis, TN 38117 | | First Class Mail |
| *NOA - Attorneys for Caddell Dry Dock & Repair Co., Inc. | Phelps Dunbar LLP | Attn: Brian A. Kilmer<br>910 Louisiana St, Ste 430<br>Houston, TX 77002 | brian.kilmer@phelps.com | Email |
| 30 Largest | Pleasant Holidays | Attn: Dal Dewolf, CFO<br>2404 Townsgate Rd<br>Westlake Village, CA 91361 | dal.dewolf@pleasant.net | Email |
| *Committee of Unsecured Creditors | Pleasant Holidays | Attn: Eric Blum<br>3333 Fairview Rd, A451<br>Costa Mesa, CA 92626 | Blum.Eric@ace.aaa.com | Email |
| 30 Largest | Port of San Diego | Attn: Randa Coniglio, President & CEO<br>3165 Pacific Hwy<br>San Diego, CA 92101 | rconiglio@portofsandiego.org | Email |
| Debtors' counsel | Porter Hedges LLP | Attn: John F Higgins, Shane Johnson, Megan Young-John<br>1000 Main St, 36th Fl<br>Houston, TX 77002 | jhiggins@porterhedges.com<br>sjohnson@porterhedges.com<br>myoung-john@porterhedges.com | Email |
| 30 Largest | Pragmars, LLC | Attn: Cari Dominguez, Owner<br>101 Decker Ct, Ste 100<br>Irving, TX 75062 | CADOLI@CADOLIMULTISERVICES.COM | Email |
| Regulatory Authority | Puerto Rico Dept of Transportation | P.O. Box 41629<br>Minillas Stn<br>San Juan, PR 00940-1269 | | First Class Mail |
| Regulatory Authority | Puerto Rico Public Private Partnership Authority | 300 Avenida Jose De Diego<br>San Juan, PR 00911 | | First Class Mail |
| *NOA - Counsel for FMC GlobalSat Inc. | Reed Smith LLP | Attn: Omar Alaniz/Taylre Janak<br>2850 N Harwood St, Ste 1500<br>Dallas, TX 75201 | oalaniz@reedsmith.com<br>tjanak@reedsmith.com | Email |
| Regulatory Authority | Resource Productivity & Recovery Authority | 4711 Yonge St, Ste 408<br>Toronto, ON M2N 6K8<br>Canada | | First Class Mail |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| 30 Largest | Riverview Tug Service | Attn: Jeremy Putman, Owner<br>960 N Riverview St<br>Bellevue, IA 52031 | jeremy@riverviewboatstore.com | Email |
| Regulatory Authority | Royal Docks Management Authority LL | Pierhead<br>King George V Lock<br>Fishguard Way<br>London, E16 2RG<br>United Kingdom | | First Class Mail |
| *NOA - Counsel for Robert and Virginia Mackey & Donna and Douglas Lunger | Saxton & Stump, LLC | Attn: Barry Solodky<br>280 Granite Run Dr, Ste 300<br>Lancaster, PA 17601 | bso@saxtonstump.com | Email |
| 30 Largest | Seatran Marine, LLC | Attn: Charles Tizzard, CFO<br>107 Hwy 90 W<br>New Iberia, LA 70560 | ctizzard@seatranmarine.com | Email |
| Governmantal Authority | SEC Fort Worth Regional Office | 801 Cherry St, Ste 1900, Unit 18<br>Ft Worth, TX 76102 | | First Class Mail |
| Governmental Authority | Securities & Exchange Commission | 100 F St NE<br>Washington, DC 20549 | | First Class Mail |
| *NOA - Counsel to the Senior DIP Agent | Seward & Kissel LLP | Attn: John Ashmead/Gregg Bateman<br>Attn: Catherine LoTempio/Andrew Matott<br>One Battery Park Plz<br>New York, NY 10004 | ashmead@sewkis.com<br>bateman@sewkis.com<br>lotempio@sewkis.com<br>matott@sewkis.com | Email |
| Regulatory Authority | Sports & Exhibition Authority | 171 10th St, 2nd Fl<br>Pittsburgh, PA 15222 | | First Class Mail |
| Regulatory Authority | State of Alaska Dept of Environmental Conservation | 555 Cordova St<br>Anchorage, AK 99501 | | First Class Mail |
| Regulatory Authority | State of Michigan | 430 W Allegan St<br>Richard H Austin Bldg, 4th Fl<br>Lansing, MI 48918 | | First Class Mail |
| 30 Largest | Sun Stone Ships, Inc | Attn: Ulrik Hegelund, CFO<br>4770 Biscayne Blvd, Phb<br>Miami, FL 33137 | uhegelund@sunstoneships.com | Email |
| Governmental Authority | Superintendent | Attn: Chief, Business Management Div<br>Golden Gate National Recreation Area<br>Bldg 201, Ft Mason<br>San Francisco, CA 94123 | | First Class Mail |
| Regulatory Authority | Technical Standards Safety Authority | 345 Carlingview Dr<br>Toronto, ON M9W 6N9<br>Canada | | First Class Mail |
| Regulatory Authority | Texas Dept of Transportation | 125 E 11th St<br>Austin, TX 78701 | | First Class Mail |
| 30 Largest | Thames Marine Engineering Ltd | Attn: Nicholas Dwan, Director<br>9-10 Copper Row<br>London, SE1 2LH<br>United Kingdom | nicholas@tmsl.london | Email |
| Regulatory Authority | The Bureau of Land Management | 1849 C St NW<br>Washington, DC 20240 | | First Class Mail |
| Regulatory Authority | The Bureau of Safety & Environmental Enforcement | 45600 Woodland Rd<br>Sterling, VA 20166 | | First Class Mail |
| *NOA - Counsel for Deoraj & Lystra Badloo | The Law Office of Mynde Eisen | Attn: Mynde Eisen<br>6546 Greatwood Pkwy, Ste C<br>Sugar Land, TX 77479 | mynde@eisenlawoffice.com | Email |
| *Committee of Unsecured Creditors | The Peabody Memphis | Attn: Kristen Turner<br>149 Union Ave<br>Memphis, TN 38103 | Kristen.turner@peabodymemphis.com | Email |
| Counsel for RBC | Tim Hogan | c/o Harrison Pensa LLP<br>130 Dufferin Ave, Ste 1101<br>London, ON N6A 5R2<br>United Kingdom | thogan@harrisonpensa.com | Email |
| NOA - TN Dept of Revenue | TN Dept of Revenue | c/o TN Attorney General's Office, Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-0207 | | First Class Mail |
| 30 Largest | Toast Inc | Attn: Steve Fredette, President<br>401 Park Dr<br>Boston, MA 02115 | | First Class Mail |
| *NOA - Counsel to Monica Patton and Jeff Patton, Creditors | Tran Singh LLP | Attn: Susan Tran Adams<br>Re: Monica Patton and Jeff Patton, Creditors<br>2502 La Branch St<br>Houston, TX 77004 | stran@ts-llp.com | Email |
| 30 Largest | Travel Leaders Network | Attn: JD O'Hara, CEO<br>3033 Campus Dr, Ste W32<br>Plymouth, MN 55441 | johara@internova.com | Email |
| 30 Largest | Trove Professional Services | Attn: Kevin Mcclure, Founder<br>2081 Center St<br>Berkeley, CA 94704 | kevin@troveservices.com | Email |
| Regulatory Authority | UK Maritime & Coastguard Agency (Mca) | Spring Pl<br>105 Commercial Rd<br>Southhampton, SO15 1EG<br>United Kingdom | | First Class Mail |
| 30 Largest | University of Georgia | Attn: Ryan Nesbit, VP of Finance<br>104 Caldwell Hall<br>Athens, GA 30602-6113 | OVPFA@UGA.EDU | Email |

**Exhibit A**
**Master Service List**

| Description | Name | Address | Email | Method of Service |
|---|---|---|---|---|
| Governmental Authority | US Attorney's Office | Southern Dist of Texas<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | | First Class Mail |
| *NOA - Attorney for the United States of America, acting on behalf of the U.S. Department of the Interior, National Parks Service | US Attorney's Office for the Southern District of Texas | Attn: Lisa Luz Parker, Attorney-in-Charge<br>Assistant United States Attorney<br>1000 Louisiana, Ste 2300<br>Houston, TX 77002 | lisa.luz.parker@usdoj.gov | Email |
| Regulatory Authority | US Centers For Disease Control & Prevention | Mailstop F-80<br>4770 Buford Hwy NE<br>Atlanta, GA 30341-3717 | | First Class Mail |
| Regulatory Authority | US Coast Guard | 2703 Martin Luther King Ave SE<br>Stop 7501<br>Washington, DC 20593-7103 | | First Class Mail |
| Regulatory Authority | US Coast Guard Vessel Inspection | 212 Coast Guard Dr<br>Staten Island, NY 10305 | | First Class Mail |
| Regulatory Authority | US Customs & Border Protection | 1300 Pennsylvania Ave NW, Rm 3.5A<br>Washington, DC 20229 | | First Class Mail |
| Regulatory Authority | US Dept of Health & Human Services | 200 Independence Ave SW<br>Washington, DC 20201 | | First Class Mail |
| Regulatory Authority | US Dept of The Interior | 1849 C St NW<br>Washington, DC 20240 | | First Class Mail |
| Regulatory Authority | US Dept of Transportation Maritime Assoc | 1200 New Jersey Ave SE<br>Washington, DC 20590 | | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency | 1200 Pennsylvania Ave NW<br>Washington, DC 20460 | | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 1 | 5 Post Office Sq, Ste 100<br>Boston, MA 02109-3912 | r1web.mail@epa.gov | Email |
| Environmental Protection Agency | US Environmental Protection Agency, Region 10 | 1200 6th Ave, Ste 155<br>Seattle, WA 98101 | epa-seattle@epa.gov | Email |
| Environmental Protection Agency | US Environmental Protection Agency, Region 5 | 77 W Jackson Blvd<br>Chicago, IL 60604 | | First Class Mail |
| Environmental Protection Agency | US Environmental Protection Agency, Region 8 | 1595 Wynkoop St<br>Denver, CO 80202-1129 | r8eisc@epa.gov | Email |
| Environmental Protection Agency | US Environmental Protection Agency, Region 9 | 75 Hawthorne St<br>San Francisco, CA 94105 | r9.info@epa.gov | Email |
| Regulatory Authority | US Federal Maritime Commission | Bureau of Certification & Licensing<br>Attn: Director<br>800 N Capitol St NW<br>Washington, DC 20573 | | First Class Mail |
| Regulatory Authority | US Federal Maritime Commission | 800 N Capitol St, NW<br>Washington, DC 20573 | | First Class Mail |
| Regulatory Authority | US Military Sealift Command | 471 E C St, Bldg SP-47<br>Norfolk, VA 23511-2419 | | First Class Mail |
| Regulatory Authority | US National Park Service | 1849 C St NW<br>Washington, DC 20240 | | First Class Mail |
| Regulatory Authority | USCG National Pollution Funds Center | 2703 Martin Luther King Jr Ave SE<br>Washington, DC 20593-7605 | | First Class Mail |
| Regulatory Authority | VA Dept of Abc | 7450 Freight Way<br>Mechanicsville, VA 23116 | | First Class Mail |
| 30 Largest | Vacations To Go | Attn: Emerson Kirksey Hankamer, CEO<br>5851 San Felipe St, Ste 500<br>Houston, TX 77057 | Email Address Redacted | Email |
| *Committee of Unsecured Creditors | Vacations to Go Inc. | Attn: Dane Fish<br>5851 San Felipe St, Ste 500<br>Houston, TX 77057 | dfish@vacationstogo.com | Email |
| *NOA - Counsel to Crestview Advisors, L.L.C. | Vinsoln & Elkins LLP | Attn: Paul E. Heath<br>Attn: Steven M. Abramowitz<br>Attn: Kiran Vakamudi<br>845 Texas Ave, Ste 4700<br>Houston, TX 77002 | pheath@velaw.com;<br>sabramowitz@velaw.com;<br>kvakamudi@velaw.com | Email |
| *NOA - Counsel for Randy's Adventures, LLC | Walk, Prichard, Baresel, & Murphy PC | Attn: William Baresel<br>1300 Grove St<br>Charles City, IA 50616 | william@walkprichard.com | Email |
| Regulatory Authority | Water Commission - City of St Louis | 1640 S Kingshighway Blvd<br>St Louis, MO 63110 | | First Class Mail |
| *NOA - Counsel for Creditor Mary Rodgers-Rouzier | Werman Salas P.C. | Attn: Douglas M Werman<br>77 W Washington St, Ste 1402<br>Chicago, IL 60602 | dwerman@flsalaw.com | Email |
| *NOA - Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Andrew Zatz<br>Attn: Andrea Amulic<br>Attn: Barrett Lingle<br>1221 Ave of the Americas<br>New York, NY 10020 | azatz@whitecase.com<br>andrea.amulic@whitecase.com<br>barrett.lingle@whitecase.com | Email |
| *NOA - Counsel to Deutsche Bank AG New York Branch | White & Case LLP | Attn: Charles R. Koster<br>609 Main St, Ste 2900<br>Houston, TX 77002 | charles.koster@whitecase.com | Email |
| Counsel to the Senior DIP Lenders | White & Case LLP | Attn: Andrew Zatz<br>Attn: Andrea Amulic<br>Attn: David Ridley,<br>1221 Ave of the Americas<br>New York, NY 10020 | azatz@whitecase.com<br>andrea.amulic@whitecase.com<br>dridley@whitecase.com | Email |

## **EXHIBIT B**

**Exhibit B**
Service List

| Name | Address | Method of Service |
|---|---|---|
| Abbott, Jeffrey | Address Redacted | First Class Mail |
| Agee, Amanda | Address Redacted | First Class Mail |
| Aggison, Jamie A. | Address Redacted | First Class Mail |
| Akridge, Bobbi N. | Address Redacted | First Class Mail |
| Anderson, Derrick | Address Redacted | First Class Mail |
| Antoine, Jamie | Address Redacted | First Class Mail |
| Arenas, Juan C. | Address Redacted | First Class Mail |
| Armstrong, Carmencita B. | Address Redacted | First Class Mail |
| Ashe, Sonya | Address Redacted | First Class Mail |
| Augustin, Voltaire | Address Redacted | First Class Mail |
| Austin Jr., Anthony | Address Redacted | First Class Mail |
| Avant Jr., Calvin E. | Address Redacted | First Class Mail |
| Avila, Julie | Address Redacted | First Class Mail |
| Bailey, David W. | Address Redacted | First Class Mail |
| Baja, Allan B. | Address Redacted | First Class Mail |
| Baker, Cole D. | Address Redacted | First Class Mail |
| Balbiers, Nelly | Address Redacted | First Class Mail |
| Baldwin, Shatwyna | Address Redacted | First Class Mail |
| Barber, Kristina | Address Redacted | First Class Mail |
| Barefield, Monte D. | Address Redacted | First Class Mail |
| Barnachea, Vanessa Joyce R. | Address Redacted | First Class Mail |
| Barnes, Ansanta | Address Redacted | First Class Mail |
| Barton, Keri L. | Address Redacted | First Class Mail |
| Beam, Megan | Address Redacted | First Class Mail |
| Beckford, Deanna | Address Redacted | First Class Mail |
| Belkaid, Adam A. | Address Redacted | First Class Mail |
| Bellizzi, Marc | Address Redacted | First Class Mail |
| Bennett, Michael W. | Address Redacted | First Class Mail |
| Bernard, Richard | Address Redacted | First Class Mail |
| Bernhardt, Alex D. | Address Redacted | First Class Mail |
| Biddle, Riley J. | Address Redacted | First Class Mail |
| Biran, Eli | Address Redacted | First Class Mail |
| Boudreaux, Paul A. | Address Redacted | First Class Mail |
| Bradford, Vincent L. | Address Redacted | First Class Mail |
| Brooks, Brittany E. | Address Redacted | First Class Mail |
| Brooks, Fabian L. | Address Redacted | First Class Mail |
| Bryant II, Richard C. | Address Redacted | First Class Mail |
| Buchholz, Joshua C. | Address Redacted | First Class Mail |
| Burgos, John D. | Address Redacted | First Class Mail |
| Burns, Nellie P. | Address Redacted | First Class Mail |
| Bush, Victoria | Address Redacted | First Class Mail |
| Butler, April | Address Redacted | First Class Mail |
| Cabrera, Jacquelyn | Address Redacted | First Class Mail |
| Caesar, Miah | Address Redacted | First Class Mail |
| Carnes, Keseanna | Address Redacted | First Class Mail |
| Carroll, Michael P. | Address Redacted | First Class Mail |
| Carter, Steven | Address Redacted | First Class Mail |
| Cassel Jr., Jeffrey | Address Redacted | First Class Mail |
| Castillo, Howard E. | Address Redacted | First Class Mail |
| Ceazer, Rosemary | Address Redacted | First Class Mail |
| Celestine, Christopher U. | Address Redacted | First Class Mail |
| Chalmers, James G. | Address Redacted | First Class Mail |
| Chapman, Michael | Address Redacted | First Class Mail |
| Chapman, Michael D. | Address Redacted | First Class Mail |
| Chester, Manley D. | Address Redacted | First Class Mail |
| Chiaparas, Kristin M. | Address Redacted | First Class Mail |
| Clarke, Devon | Address Redacted | First Class Mail |
| Collier, Breanna | Address Redacted | First Class Mail |
| Collins, McKenzie | Address Redacted | First Class Mail |
| Composto, Angela | Address Redacted | First Class Mail |
| Compton, Fredrick | Address Redacted | First Class Mail |
| Conti, Nicholas | Address Redacted | First Class Mail |
| Contreras, Wanda | Address Redacted | First Class Mail |
| Conway, Shawn L. | Address Redacted | First Class Mail |
| Cook, John H. | Address Redacted | First Class Mail |
| Cook, Tajzae | Address Redacted | First Class Mail |
| Corbin, Stuart | Address Redacted | First Class Mail |
| Costache, Kimberly A. | Address Redacted | First Class Mail |
| Cothran, Steven | Address Redacted | First Class Mail |

**Exhibit B**
Service List

| Name | Address | Method of Service |
|---|---|---|
| Cotter, Mark A. | Address Redacted | First Class Mail |
| Cotton, Laurence F. | Address Redacted | First Class Mail |
| Coulson, Alec | Address Redacted | First Class Mail |
| Coverson, Lacoy | Address Redacted | First Class Mail |
| Craig, Jadelynn M. | Address Redacted | First Class Mail |
| Crawford, Randall | Address Redacted | First Class Mail |
| Crespin, Rubi | Address Redacted | First Class Mail |
| Crosier, Star | Address Redacted | First Class Mail |
| Cruz Ozuna, Jenifer E. | Address Redacted | First Class Mail |
| Dagata, Jackson T. | Address Redacted | First Class Mail |
| Dailey, Bruce A. | Address Redacted | First Class Mail |
| Dale, George | Address Redacted | First Class Mail |
| Daniels, Ingrid | Address Redacted | First Class Mail |
| Darby, Michael E. | Address Redacted | First Class Mail |
| Davidson, Helene | Address Redacted | First Class Mail |
| De Luca, Robert W. | Address Redacted | First Class Mail |
| Derr, Eric C. | Address Redacted | First Class Mail |
| Desai, Tanay | Address Redacted | First Class Mail |
| DeSalvo, Cathy A. | Address Redacted | First Class Mail |
| DeSanto, John | Address Redacted | First Class Mail |
| Dobson Jr., Donald | Address Redacted | First Class Mail |
| Docanto, Gerson M. | Address Redacted | First Class Mail |
| Dorsey, August | Address Redacted | First Class Mail |
| Dorsey, Wilson | Address Redacted | First Class Mail |
| Dorvil, Verlanda | Address Redacted | First Class Mail |
| Douglas, Hayley | Address Redacted | First Class Mail |
| Duff, Jonathan R. | Address Redacted | First Class Mail |
| Dunn, Riley | Address Redacted | First Class Mail |
| Dupas, Isaac | Address Redacted | First Class Mail |
| Duran, Manuel | Address Redacted | First Class Mail |
| Echols, Brandon | Address Redacted | First Class Mail |
| Eddington, Corie | Address Redacted | First Class Mail |
| Eguigure I, Francisca | Address Redacted | First Class Mail |
| Elizondo, Pamela M. | Address Redacted | First Class Mail |
| Elliott, Lindy | Address Redacted | First Class Mail |
| Epps, Shaakira | Address Redacted | First Class Mail |
| Estrella, Bryan | Address Redacted | First Class Mail |
| Evans, Stacy L. | Address Redacted | First Class Mail |
| Everage, Cassie | Address Redacted | First Class Mail |
| Fabrizio, Olivia L. | Address Redacted | First Class Mail |
| Facey, Jonathan | Address Redacted | First Class Mail |
| Fedorov, Aleksei | Address Redacted | First Class Mail |
| Ferguson Jr., John | Address Redacted | First Class Mail |
| Ferguson, Tasha-kaye S. | Address Redacted | First Class Mail |
| Ferro, Thomas | Address Redacted | First Class Mail |
| Flager, Mark | Address Redacted | First Class Mail |
| Flynn, Mark A. | Address Redacted | First Class Mail |
| Fontaine, Sandra | Address Redacted | First Class Mail |
| Fornalczyk, Laura S. | Address Redacted | First Class Mail |
| Frazier, Anthony | Address Redacted | First Class Mail |
| Fretty, Hannah | Address Redacted | First Class Mail |
| Friedman, Rachel | Address Redacted | First Class Mail |
| Fuertes, Maria Joeyeet M. | Address Redacted | First Class Mail |
| Fullerton, Joseph B. | Address Redacted | First Class Mail |
| Fury, Sarah | Address Redacted | First Class Mail |
| Gadson III, Earl | Address Redacted | First Class Mail |
| Garcia, Basilio F. | Address Redacted | First Class Mail |
| Garcia, Javier | Address Redacted | First Class Mail |
| Gardner, Wyatt | Address Redacted | First Class Mail |
| Garner, Derrick | Address Redacted | First Class Mail |
| Gartrell, Dominette | Address Redacted | First Class Mail |
| Gates, Austin | Address Redacted | First Class Mail |
| Gayle, Marlon | Address Redacted | First Class Mail |
| Geores, Lindsey | Address Redacted | First Class Mail |
| Gilbert, Damon K. | Address Redacted | First Class Mail |
| Gillen, Stephanie | Address Redacted | First Class Mail |
| Gilliam II, Terry | Address Redacted | First Class Mail |
| Gilmore, Kevanna | Address Redacted | First Class Mail |
| Glenn, Jermicka | Address Redacted | First Class Mail |

**Exhibit B**
Service List

| Name | Address | Method of Service |
|---|---|---|
| Goldstein, Cynthia M. | Address Redacted | First Class Mail |
| Gortzig, Eric W. | Address Redacted | First Class Mail |
| Gradley Sr., Dedrick | Address Redacted | First Class Mail |
| Granda, April | Address Redacted | First Class Mail |
| Green, Danvis | Address Redacted | First Class Mail |
| Green, Kim | Address Redacted | First Class Mail |
| Griffin, Danny R. | Address Redacted | First Class Mail |
| Grimes, Gerald | Address Redacted | First Class Mail |
| Guedes Nunes, Floriano A. | Address Redacted | First Class Mail |
| Guerra, Robert R. | Address Redacted | First Class Mail |
| Guirola, Edward | Address Redacted | First Class Mail |
| Gulliksen, Elaine C. | Address Redacted | First Class Mail |
| Gutierrez, James | Address Redacted | First Class Mail |
| Gutierrez, Reinaldo | Address Redacted | First Class Mail |
| Hadley, Eric | Address Redacted | First Class Mail |
| Haggerty, Shonta | Address Redacted | First Class Mail |
| Hall, Ryan | Address Redacted | First Class Mail |
| Harbaugh, Marcus J. | Address Redacted | First Class Mail |
| Hardy, Johnny | Address Redacted | First Class Mail |
| Harper, Emma C. | Address Redacted | First Class Mail |
| Harris, Jared | Address Redacted | First Class Mail |
| Harvey, Brianna M. | Address Redacted | First Class Mail |
| Havidic, Nikola | Address Redacted | First Class Mail |
| Hayes, Christina | Address Redacted | First Class Mail |
| Heberling, Danielle | Address Redacted | First Class Mail |
| Heidler, Neal F. | Address Redacted | First Class Mail |
| Helton, Fawn E. | Address Redacted | First Class Mail |
| Hendrix III, Leo | Address Redacted | First Class Mail |
| Henley, Sarah | Address Redacted | First Class Mail |
| Hernandez, Ronald K. | Address Redacted | First Class Mail |
| Hollis Jr., Charlie | Address Redacted | First Class Mail |
| Hone, Hyrum | Address Redacted | First Class Mail |
| Hopkins, Donald E. | Address Redacted | First Class Mail |
| Hostos, Tiffany | Address Redacted | First Class Mail |
| Howard, Elliott | Address Redacted | First Class Mail |
| Howard, Keresa | Address Redacted | First Class Mail |
| Huddleston, Angel | Address Redacted | First Class Mail |
| Huddleston, Cody | Address Redacted | First Class Mail |
| Hude, Jessica | Address Redacted | First Class Mail |
| Hull, Charles | Address Redacted | First Class Mail |
| Hunt, Linda | Address Redacted | First Class Mail |
| Hunter, Kandace V. | Address Redacted | First Class Mail |
| Hurst, Steven | Address Redacted | First Class Mail |
| Hurtado Jr., Omar | Address Redacted | First Class Mail |
| Hutson, Paul J. | Address Redacted | First Class Mail |
| Idlett, Ricki L. | Address Redacted | First Class Mail |
| Ijjo, Jeffery O. | Address Redacted | First Class Mail |
| Jack I, Dwayne J. | Address Redacted | First Class Mail |
| Jacks, Courtney | Address Redacted | First Class Mail |
| Jackson Jr., Stanley A. | Address Redacted | First Class Mail |
| Jackson, Mark A. | Address Redacted | First Class Mail |
| Jackson, Shanique | Address Redacted | First Class Mail |
| Jackson, Suquana | Address Redacted | First Class Mail |
| Jackson, Tyanna | Address Redacted | First Class Mail |
| Jacoby, Laurence A. | Address Redacted | First Class Mail |
| Janssen, Brandon K. | Address Redacted | First Class Mail |
| Jasso Sanchez, Angel K. | Address Redacted | First Class Mail |
| Jasso, Javier | Address Redacted | First Class Mail |
| Jenkins, Dana | Address Redacted | First Class Mail |
| Jewell, Darin R. | Address Redacted | First Class Mail |
| Johnson, Brandy | Address Redacted | First Class Mail |
| Johnson, Elizabeth A. | Address Redacted | First Class Mail |
| Johnson, Joseph | Address Redacted | First Class Mail |
| Johnson, Kevin | Address Redacted | First Class Mail |
| Johnson, Vinnie B. | Address Redacted | First Class Mail |
| Jones, Darnell | Address Redacted | First Class Mail |
| Jones, Sonya M. | Address Redacted | First Class Mail |
| Jordan, Rebecca | Address Redacted | First Class Mail |
| Joseph, Renee | Address Redacted | First Class Mail |

**Exhibit B**
Service List

| Name | Address | Method of Service |
|---|---|---|
| Julian, Deanna E. | Address Redacted | First Class Mail |
| Jusino Jr., Angel L. | Address Redacted | First Class Mail |
| Kail, Christopher R. | Address Redacted | First Class Mail |
| Karsadi, Ida W. | Address Redacted | First Class Mail |
| Keenan, Amanda | Address Redacted | First Class Mail |
| Keene, Katherine | Address Redacted | First Class Mail |
| Khalighi, Niloufar | Address Redacted | First Class Mail |
| Kiefer III, William A. | Address Redacted | First Class Mail |
| Kieny, Lauren | Address Redacted | First Class Mail |
| Koch, William | Address Redacted | First Class Mail |
| Kouis, Redouane | Address Redacted | First Class Mail |
| Kress, Angela | Address Redacted | First Class Mail |
| Lami, Wisam | Address Redacted | First Class Mail |
| Landry Sr., Strickland | Address Redacted | First Class Mail |
| Lane, Darlene | Address Redacted | First Class Mail |
| Lapertosa, Anthony J. | Address Redacted | First Class Mail |
| Larson, Cynthia E. | Address Redacted | First Class Mail |
| Lary, Michael | Address Redacted | First Class Mail |
| Latin, Tameika L. | Address Redacted | First Class Mail |
| Layug, Arnold | Address Redacted | First Class Mail |
| Lettman, Fitz John H. | Address Redacted | First Class Mail |
| Levers, Curtis | Address Redacted | First Class Mail |
| Lewis, Anthony | Address Redacted | First Class Mail |
| Limmer, Dana | Address Redacted | First Class Mail |
| Long, Eric L. | Address Redacted | First Class Mail |
| Louison-Ashton, Margaret | Address Redacted | First Class Mail |
| Love, Kenneth | Address Redacted | First Class Mail |
| Lovell, David | Address Redacted | First Class Mail |
| Lovett, Almira R. | Address Redacted | First Class Mail |
| Lubich, Rhea | Address Redacted | First Class Mail |
| Lucien, Marvin | Address Redacted | First Class Mail |
| Lunder, Terrance A. | Address Redacted | First Class Mail |
| Maier, Casey | Address Redacted | First Class Mail |
| Maldonado, Angel | Address Redacted | First Class Mail |
| Mangini, Erik J. | Address Redacted | First Class Mail |
| Manning, Jordan | Address Redacted | First Class Mail |
| Marcou, Teresa | Address Redacted | First Class Mail |
| Markham, Aaron B. | Address Redacted | First Class Mail |
| Marquez, Blakely E. | Address Redacted | First Class Mail |
| Martin, Terianne C. | Address Redacted | First Class Mail |
| Martinez, Alexandra | Address Redacted | First Class Mail |
| Maxey, Rebecca | Address Redacted | First Class Mail |
| Mayfield, Terrance | Address Redacted | First Class Mail |
| Mc Letchie, Richard D. | Address Redacted | First Class Mail |
| Mcadams, Musaad K. | Address Redacted | First Class Mail |
| McCann, Brion | Address Redacted | First Class Mail |
| McCarthy, Nicholas | Address Redacted | First Class Mail |
| McCoy, Joseph | Address Redacted | First Class Mail |
| McCully, Heidi L. | Address Redacted | First Class Mail |
| McGee III, Jesse J. | Address Redacted | First Class Mail |
| McGee, Jalen | Address Redacted | First Class Mail |
| McGruder, Robin | Address Redacted | First Class Mail |
| McMurran, Margaret K. | Address Redacted | First Class Mail |
| Melancon, Ingrid M. | Address Redacted | First Class Mail |
| Melton, Melissa E. | Address Redacted | First Class Mail |
| Merrick, Christopher R. | Address Redacted | First Class Mail |
| Mickelson, Andrea | Address Redacted | First Class Mail |
| Miller, Azalea | Address Redacted | First Class Mail |
| Miller, Monica | Address Redacted | First Class Mail |
| Moffett, Trevonn | Address Redacted | First Class Mail |
| Moody, Kimberly A. | Address Redacted | First Class Mail |
| Moore, Antoinette | Address Redacted | First Class Mail |
| Moore, Damon D. | Address Redacted | First Class Mail |
| Moore, Elizabeth C. | Address Redacted | First Class Mail |
| Moore, Maeisha | Address Redacted | First Class Mail |
| Moore, Timothy | Address Redacted | First Class Mail |
| Moroz, Alina M. | Address Redacted | First Class Mail |
| Morrish, Bettina | Address Redacted | First Class Mail |
| Moultrie, Brian | Address Redacted | First Class Mail |

**Exhibit B**
Service List

| Name | Address | Method of Service |
|---|---|---|
| Murillo, Mayra C. | Address Redacted | First Class Mail |
| Murphy, Connor M. | Address Redacted | First Class Mail |
| Muth, Zachary L. | Address Redacted | First Class Mail |
| Muzzey, Corey L. | Address Redacted | First Class Mail |
| Nalley, Alisha | Address Redacted | First Class Mail |
| Nalley-Miles, Nala | Address Redacted | First Class Mail |
| Naranjo, Kelvin | Address Redacted | First Class Mail |
| Naranjo, Natalia | Address Redacted | First Class Mail |
| Navis, Pamela | Address Redacted | First Class Mail |
| Neelys, Martin | Address Redacted | First Class Mail |
| Neikam, Jonathan | Address Redacted | First Class Mail |
| Nemeth, Deserae | Address Redacted | First Class Mail |
| Newton, Taunus | Address Redacted | First Class Mail |
| Nicholas, Michael | Address Redacted | First Class Mail |
| Nix, Michael D. | Address Redacted | First Class Mail |
| Norman, Ishmel | Address Redacted | First Class Mail |
| Oduyebo, Ayoyinka T. | Address Redacted | First Class Mail |
| Oleson, Luke | Address Redacted | First Class Mail |
| Oliver, Anthony S. | Address Redacted | First Class Mail |
| Orman, Cassandra | Address Redacted | First Class Mail |
| Osborn, Sabrena K. | Address Redacted | First Class Mail |
| Oubre, Luke A. | Address Redacted | First Class Mail |
| Pagett, Gerald | Address Redacted | First Class Mail |
| Pane, Jennifer | Address Redacted | First Class Mail |
| Parrish, Trevor | Address Redacted | First Class Mail |
| Paul, Keith A. | Address Redacted | First Class Mail |
| Paulsen, Michael | Address Redacted | First Class Mail |
| Pendzick, Gregory J. | Address Redacted | First Class Mail |
| Perry, Talisha | Address Redacted | First Class Mail |
| Peterson, Gary F. | Address Redacted | First Class Mail |
| Pickney, Javon | Address Redacted | First Class Mail |
| Pirela, Deborah | Address Redacted | First Class Mail |
| Pleasant Jr., Joshua M. | Address Redacted | First Class Mail |
| Poole, Kevin | Address Redacted | First Class Mail |
| Poole, Shanique S. | Address Redacted | First Class Mail |
| Porcelli, Joseph L. | Address Redacted | First Class Mail |
| Powell, Melinda F. | Address Redacted | First Class Mail |
| Powell, Valerie | Address Redacted | First Class Mail |
| P'Pool Jr., Stefan L. | Address Redacted | First Class Mail |
| Pritchard, Chase | Address Redacted | First Class Mail |
| Pruett, Ethan | Address Redacted | First Class Mail |
| Pryor, Christy | Address Redacted | First Class Mail |
| Puckett, Kyle | Address Redacted | First Class Mail |
| Quezada, Jorge | Address Redacted | First Class Mail |
| Quick, Michael | Address Redacted | First Class Mail |
| Rampton, Dale M. | Address Redacted | First Class Mail |
| Reeves, Scott L. | Address Redacted | First Class Mail |
| Reusser, Scott K. | Address Redacted | First Class Mail |
| Rivera, Joseph | Address Redacted | First Class Mail |
| Roach, Donna J. | Address Redacted | First Class Mail |
| Roachford, Ruby | Address Redacted | First Class Mail |
| Robbins, Lori W. | Address Redacted | First Class Mail |
| Robinson, Jasmine | Address Redacted | First Class Mail |
| Robinson, Quintay | Address Redacted | First Class Mail |
| Rodriguez, Antonio | Address Redacted | First Class Mail |
| Rodschat, Nick | Address Redacted | First Class Mail |
| Rodwell, Erika | Address Redacted | First Class Mail |
| Rojas, Rodrigo | Address Redacted | First Class Mail |
| Roman, Michele C. | Address Redacted | First Class Mail |
| Ross, Deantria | Address Redacted | First Class Mail |
| Ruiz, Jesse | Address Redacted | First Class Mail |
| Russell, James F. | Address Redacted | First Class Mail |
| Sanbeg, Nicole | Address Redacted | First Class Mail |
| Sanchez, Rachel | Address Redacted | First Class Mail |
| Savage Jr., Ronnie | Address Redacted | First Class Mail |
| Saxton, Gregg | Address Redacted | First Class Mail |
| Schill, Daniel | Address Redacted | First Class Mail |
| Schutte, Norman T. | Address Redacted | First Class Mail |
| Scott, Tyree | Address Redacted | First Class Mail |

**Exhibit B**
Service List

| Name | Address | Method of Service |
|---|---|---|
| Selitto, Samantha L. | Address Redacted | First Class Mail |
| Sengupta, Quinn | Address Redacted | First Class Mail |
| Sequera Dominguez, Luis G. | Address Redacted | First Class Mail |
| Shanks, Michael E. | Address Redacted | First Class Mail |
| Shapiro, Nancy L. | Address Redacted | First Class Mail |
| Sharp, Koby | Address Redacted | First Class Mail |
| Shaw, Nathaniel | Address Redacted | First Class Mail |
| Shelton, AviAna | Address Redacted | First Class Mail |
| Shinsato-Barnachea, Diana M. | Address Redacted | First Class Mail |
| Shipley, Rashelle | Address Redacted | First Class Mail |
| Simeon, Taneka | Address Redacted | First Class Mail |
| Similien, Shalunda | Address Redacted | First Class Mail |
| Simmons, Derrick M. | Address Redacted | First Class Mail |
| Simmons, Mark | Address Redacted | First Class Mail |
| Simms, Darnell | Address Redacted | First Class Mail |
| Smith, Frank V. | Address Redacted | First Class Mail |
| Smith, Jamia | Address Redacted | First Class Mail |
| Spencer, Latrail | Address Redacted | First Class Mail |
| Spencer, Matthew | Address Redacted | First Class Mail |
| Spracklen, Steven E. | Address Redacted | First Class Mail |
| Springs, Glenn A. | Address Redacted | First Class Mail |
| Standberry, Dawn L. | Address Redacted | First Class Mail |
| Stewart, Sherri A. | Address Redacted | First Class Mail |
| Stewart-Lance, Taran | Address Redacted | First Class Mail |
| Stickler, Wendy | Address Redacted | First Class Mail |
| Strausbaugh, Amanda | Address Redacted | First Class Mail |
| Streeter Jr., Larry | Address Redacted | First Class Mail |
| Strickland, NaQuan | Address Redacted | First Class Mail |
| Suarez Jr., Bertrand | Address Redacted | First Class Mail |
| Tassone, Linda | Address Redacted | First Class Mail |
| Taylor, Dawn | Address Redacted | First Class Mail |
| Thapa, Rama | Address Redacted | First Class Mail |
| Thibeault, Justin | Address Redacted | First Class Mail |
| Thomas, Sandra | Address Redacted | First Class Mail |
| Thompson, Valentine A. | Address Redacted | First Class Mail |
| Tillmon, Jeremy | Address Redacted | First Class Mail |
| Timmons, Charlquetta | Address Redacted | First Class Mail |
| Todd, Andrew | Address Redacted | First Class Mail |
| Toler, Angie | Address Redacted | First Class Mail |
| Tomer, Brianna | Address Redacted | First Class Mail |
| Torres, Corina | Address Redacted | First Class Mail |
| Tovar Jr., Braulio | Address Redacted | First Class Mail |
| Tubbs, Kelli R. | Address Redacted | First Class Mail |
| Tucker, Timothy | Address Redacted | First Class Mail |
| Valle Puerto Sr., Julio | Address Redacted | First Class Mail |
| Van Buren, Theresa | Address Redacted | First Class Mail |
| Vandorp, William | Address Redacted | First Class Mail |
| Vaughan-Dubois, Stephen | Address Redacted | First Class Mail |
| Vera, Corina | Address Redacted | First Class Mail |
| Wagner, Tara M. | Address Redacted | First Class Mail |
| Walker, Joanna | Address Redacted | First Class Mail |
| Wall, Stephen C. | Address Redacted | First Class Mail |
| Walton, Diane | Address Redacted | First Class Mail |
| Wardlaw, Terrance | Address Redacted | First Class Mail |
| Washington Jr., Thomas | Address Redacted | First Class Mail |
| Waterman, Sheryl | Address Redacted | First Class Mail |
| Watson, Lera | Address Redacted | First Class Mail |
| Watts, Aaron D. | Address Redacted | First Class Mail |
| Wayland-Smith, Paul W. | Address Redacted | First Class Mail |
| Wells, Jousha | Address Redacted | First Class Mail |
| Wells, Logan D. | Address Redacted | First Class Mail |
| Wells, Sylvia | Address Redacted | First Class Mail |
| Westbrook, Philip H. | Address Redacted | First Class Mail |
| Whalen, Timothy | Address Redacted | First Class Mail |
| White, Aaron | Address Redacted | First Class Mail |
| White, Kevin | Address Redacted | First Class Mail |
| Whitehorn, Maria | Address Redacted | First Class Mail |
| Whitt, Constance | Address Redacted | First Class Mail |
| Whitted, Tajay | Address Redacted | First Class Mail |

**Exhibit B**
**Service List**

| Name | Address | Method of Service |
|---|---|---|
| Williams III, Curtis | Address Redacted | First Class Mail |
| Williams Jr., Brian | Address Redacted | First Class Mail |
| Williams Jr., Patrick | Address Redacted | First Class Mail |
| Williams, Ashantis | Address Redacted | First Class Mail |
| Williams, Brian | Address Redacted | First Class Mail |
| Williams, Jamarie | Address Redacted | First Class Mail |
| Wilson, Siera C. | Address Redacted | First Class Mail |
| Winterhalter, David E. | Address Redacted | First Class Mail |
| Woodyard, Janelle | Address Redacted | First Class Mail |
| Wright, Austin | Address Redacted | First Class Mail |
| Wright, Jiles | Address Redacted | First Class Mail |
| Ynoa, Noel | Address Redacted | First Class Mail |
| Zano, Rebecca | Address Redacted | First Class Mail |
| Ziegler, Mitchell | Address Redacted | First Class Mail |